UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK DUNKIN and MARY DUNKIN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEFENDANT,<br><br>    Defendant. | Case No: C 10-458 SBA<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME**<br><br>Docket 14 |

Good cause appearing, and there being no opposition to the motion,

IT IS HEREBY ORDERED THAT Plaintiff's Motion for an Order Shortening Time for Briefing and Hearing on Motion for Remand is GRANTED, in part. Defendants shall file their opposition to Plaintiffs' Motion to Remand (Docket 13) by no later than February 23, 2010. Plaintiffs shall file their reply by no later than March 2, 2010. Absent further Order of the Court, the Motion to Remand will be taken under submission without oral argument, pursuant to Federal Rule of Civil Procedure 78(b). This Order terminates Docket 14.

IT IS SO ORDERED.

Dated: February 16, 2010

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge